### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERENCE J. JOHNSON,            ) | |
|                                ) | |
|         Plaintiff,             ) | |
|                                ) | |
| -vs-                           ) | Case No.  CIV-07-218-F |
|                                ) | |
| MICHAEL J. ASTRUE,             ) | |
| Commissioner, Social           ) | |
| Security Administration,       ) | |
|                                ) | |
|         Defendant.             ) | |

### ORDER

On December 13, 2007, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that the defendant's final decision denying, in part, plaintiff's application for supplemental security income payments be affirmed. Magistrate Judge Roberts therein advised the parties of their right to object to the Report and Recommendation by January 2, 2008, and further advised the parties that failure to file a timely objection would result in waiver of the right to appellate review of both factual and legal issues therein contained.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on December 13, 2007 (doc. no. 23) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying, in part, plaintiff's

application for supplemental security income payments is **AFFIRMED**. Judgment shall issue forthwith.

DATED January 4, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0218p002(pub).wpd